IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00517-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN MANUEL NAVARRETE-MARTINEZ,

    Defendant.

_____

## ORDER SETTING TRIAL DATE

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by December 29, 2005, and responses to these motions shall be filed by January 9, 2006. It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for January 27, 2006, at 2:30 p.m. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a three-day jury trial is set for February 6, 2006, at 1:30 p.m.

DATED: December 12, 2004.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge